### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number:  08CV4772                    Assigned/Issued  By:  J. N.

Judge Name:  GETTLEMAN                    Designated Magistrate Judge:  COX

---

## FEE INFORMATION

**Amount Due:**   ☑ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP            ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____      Receipt #:  3041349_____

Date Payment Rec'd:  8-21-08_____      Fiscal Clerk:  J. N._____

---

## ISSUANCES

☑ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets

☐ Writ _____      ☐ Other
       *(Type of Writ)*                _____
                                       *(Type of issuance)*

1_____ Original and 0_____ copies on 8-21-08_____ as to  DEFENDANT_____
                                    *(Date)*

_____

_____